UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGER GIOVANI SERAFIO LUJANO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | No. 1:26-cv-00131-TLN-AC<br><br>**ORDER** |

Petitioner Edger Giovani Serafio Lujano ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 with a request for injunctive relief. Based on the substance of Petitioner's brief and the immediate injunctive relief requested therein, the Court construes Petitioner's pleading as containing a motion for a temporary restraining order ("TRO"). *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (stating that pleadings by pro se litigants must be held to less stringent standards than formal pleadings drafted by lawyers).

Respondents shall file a response to Petitioner's request for immediate injunctive relief on **January 14, 2026**. Any opposition shall provide the Court with copies of all referenced/relevant portions of Petitioner's A-File and any and all available records related to Petitioner's allegations (ECF No. 1), including copies of all orders of release and all detention orders. Additionally, Respondents' brief shall indicate whether they are amenable to converting the motion for TRO

into a motion for preliminary injunction and whether they request a hearing on the motion.

Pending the Court's ruling on this petition, Respondents shall not take any action to transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

Petitioner's motion to proceed in forma pauperis is granted. *See* 28 U.S.C. § 1914.

Petitioner has also filed a motion for the appointment of counsel. In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Within **seven days** from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

Within **seven days** of the date of appointment of counsel, Petitioner shall supplement or amend his Petition, if desired, and file a reply to Petitioner's request for injunctive relief.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents shall file a response to Petitioner's request for immediate injunctive relief, including relevant portions of his A-file as stated above, by **January 14, 2026**;
2. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer Petitioner outside of this judicial district, pending further order of the Court;
3. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted;
4. Petitioner's motion for appointment of counsel (ECF No. 3) is granted;
5. Within **seven days from the date of this Order**, the appointing authority for the

Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley;

6. Within **seven days** of the date the Court appoints counsel, Petitioner shall supplement or amend his Petition, if desired, and file a reply to Petitioner's request for immediate injunctive relief;

7. The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition; and

8. The Clerk of the Court shall serve a copy of this Order together with a copy of Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

IT IS SO ORDERED.

Date: January 9, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3